308717

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

RALH BELLEVILLE,

v. Case No. CA-07-384

UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION INDUSTRY PENSION FUND and CARL C. HUBER IN HIS CAPACITY AS TRUSTEE JOSEPH T. HANSEN IN HIS CAPACITY AS TRUSTEE, ROBERT PETRONELLA, IN HIS CAPACITY AS TRUSTEE, JAMES B. JERELE IN HIS CAPACITY AS TRUSTEE, DAVID BLITZSTEIN IN HIS CAPACITY AS TRUSTEE, ROBERT VAUGHN IN HIS CAPACITY AS TRUSTEE, WALTER BLAKE IN HIS CAPACITY AS TRUSTEE, GEORGE MARSHALL IN HIS CAPACITY AS TRUSTEE, WILLIAM M. VAUGHN IN HIS CAPACITY AS TRUSTEE, WILLARD J. CARLSON IN HIS CAPACITY AS TRUSTEE, STEPHEN T. BROWN IN HIS CAPCITY AS TRUSTEE and DELLA WALL IN HER CAPACITY AS TRUSTEE,

---

**ENTRY OF APPEARANCE**

I, Sheri L. Pizzi, hereby enter my appearance on behalf of the defendant, United Food & Commercial Workers International Union-Industry Pension Fund, in the above-referenced matter.

/s/ Sheri L. Pizzi

Sheri L. Pizzi
R.I. Bar No. 5720
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401.273.7171
401.273.2904 - Fax