UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RALPH BELLEVILLE,

v. Case No. CA-07-384

UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION INDUSTRY PENSION FUND and CARL C. HUBER, JOSEPH T. HANSEN, ROBERT PETRONELLA, JAMES B. JERELE, DAVID BLITZSTEIN, ROBERT VAUGHN, WALTER BLAKE, GEORGE MARSHALL, WILLIAM M. VAUGHN, WILLARD J. CARLSON, STEPHEN T. BROWN, and DELLA WALL, IN THEIR CAPACITIES AS TRUSTEES,

## CERTIFICATE OF SERVICE

I, Sheri L. Pizzi, hereby certify that on November 26, 2007, I mailed a copy of Entry of Appearance by regular mail, postage prepaid, to:

Harris Weiner, Esq.
Law Office of Jeffrey B. Pine, PC
321 S. Main Street, Suite 302
Providence, RI 02903

Sara Huck, Esq.
Reinhart Law
1000 North Water Street
P.O. Box 2965
Milwaukee, WI 53201-2965

/s/ Sheri L. Pizzi
Sheri L. Pizzi