UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

RALH BELLEVILLE,

v. Case No. CA-07-384

UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION INDUSTRY PENSION FUND and CARL C. HUBER IN HIS CAPACITY AS TRUSTEE JOSEPH T. HANSEN IN HIS CAPACITY AS TRUSTEE, ROBERT PETRONELLA, IN HIS CAPACITY AS TRUSTEE, JAMES B. JERELE IN HIS CAPACITY AS TRUSTEE, DAVID BLITZSTEIN IN HIS CAPACITY AS TRUSTEE, ROBERT VAUGHN IN HIS CAPACITY AS TRUSTEE, WALTER BLAKE IN HIS CAPACITY AS TRUSTEE, GEORGE MARSHALL IN HIS CAPACITY AS TRUSTEE, WILLIAM M. VAUGHN IN HIS CAPACITY AS TRUSTEE, WILLARD J. CARLSON IN HIS CAPACITY AS TRUSTEE, STEPHEN T. BROWN IN HIS CAPCITY AS TRUSTEE and DELLA WALL IN HER CAPACITY AS TRUSTEE,

---

**DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

---

The Defendants, United Food & Commercial Workers International Union Industry Pension Fund (the "Fund"), and certain members of the Fund's Board of

Trustees,[1] (the "Trustees"), (collectively, with the Fund, the "Defendants"), by their attorneys, hereby move, pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the plaintiff's complaint. As support for this motion, the defendants submit the attached Defendants' Memorandum of Law in Support of Their Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

The Defendants,
United Food & Commercial Workers
International Union Industry Pension Fund,
By their Attorneys,

/s/ Sheri L. Pizzi

Sheri L. Pizzi
R.I. Bar No. 5720
Christian B. W. Stephens
R.I. Bar No. 7537
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401.273.7171
401.273.2904 – Fax

## CERTIFICATE OF SERVICE

I, Sheri L. Pizzi, hereby certify that on November 26, 2007, I mailed a copy of the Defendants' Motion to Dismiss by regular mail, postage prepaid, to:

Harris Weiner, Esq.
Law Office of Jeffrey B. Pine, PC
321 S. Main Street, Suite 302
Providence, RI 02903

Sara Huck, Esq.
Reinhart Law
1000 North Water Street
P.O. Box 2965
Milwaukee, WI 53201-2965

/s/ Sheri L. Pizzi

Sheri L. Pizzi

[1] Plaintiff named the following individuals as Defendant-Trustees: Carl Huber, Joseph Hansen, Robert Petronella, James Jerele, David Blitzstein, Robert Vaughn, Walter Blake, George Marshall, William Vaughn, Willard Carlson, Stephen Brown and Della Wall. While some of these individuals currently serve as Trustees, others do not, and certain names appear to be misspelled. It is also not clear from the allegations contained in the complaint the time period for which Plaintiff alleges that fiduciary breaches occurred. To the extent Defendants' motion to dismiss is not granted, at least as to the Trustees, Defendants will confer with Plaintiff to amend the individual Trustees named in the caption as needed.