**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RALPH BELLVILLE

V. C.A. No. 07-384S

UNITED FOODS & COMMERCIAL
WORKERS INTERNATIONAL
UNION-INDUSTRY PENSION FUND,
ET AL

JURY TRIAL
DEMANDED

**STIPULATION FOR ENLARGEMENT OF TIME**

Now comes Plaintiff, Ralph Bellville, and Defendants to request an enlargement of time up to and including January 18, 2008 to reply to Defendants' Motion to Dismiss in the above-noted matter. Plaintiff's counsel underwent hip surgery on November 23, 2007 and is court-excused through December 31, 2007 for recovery. The Motion to Dismiss was received after counsel's surgery. For these reasons, the parties respectfully ask that this Court grant the extension as requested above.

Respectfully submitted,

/s/ Harris K. Weiner
Harris K. Weiner, #3779
321 South Main Street, Suite 302
Providence, RI 02903
Office: (401) 351-8200
Fax: (401) 351-9032

**CERTIFICATION**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 19, 2007.

/s/ Harris K. Weiner

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RALPH BELLVILLE

V. C.A. No. 07-384S

UNITED FOODS & COMMERCIAL
WORKERS INTERNATIONAL
UNION-INDUSTRY PENSION FUND,
ET AL

JURY TRIAL
DEMANDED

**STIPULATION FOR ENLARGEMENT OF TIME**

Now comes Plaintiff, Ralph Bellville, and Defendants to request an enlargement of time up to and including January 18, 2008 to reply to Defendants' Motion to Dismiss in the above-noted matter. Plaintiff's counsel underwent hip surgery on November 23, 2007 and is court-excused through December 31, 2007 for recovery. The Motion to Dismiss was received after counsel's surgery. For these reasons, the parties respectfully ask that this Court grant the extension as requested above.

Respectfully submitted,

/s/ Harris K. Weiner
Harris K. Weiner, #3779
321 South Main Street, Suite 302
Providence, RI 02903
Office: (401) 351-8200
Fax: (401) 351-9032

**CERTIFICATION**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 19, 2007.

/s/ Harris K. Weiner