**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RALPH BELLEVILLE | : | |
| v. | : | |
| UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND and CARL C. HUBER IN HIS CAPACITY AS TRUSTEE, JOSEPH T. HANSEN IN HIS CAPACITY AS TRUSTEE, ROBERT PETRONELLA IN HIS CAPACITY AS TRUSTEE , JAMES B. JERELE IN HIS CAPACITY AS TRUSTEE, DAVID BLITZSTEIN IN HIS CAPACITY AS TRUSTEE, ROBERT VAUGHN IN HIS CAPACITY AS TRUSTEE, WALTER BLAKE IN HIS CAPACITY AS TRUSTEE, GEORGE MARSHALL IN HIS CAPACITY AS TRUSTEE, WILLIAM M. VAUGHN IN HIS CAPACITY AS TRUSTEE, WILLARD J. CARLSON IN HIS CAPACITY AS TRUSTEE, STEPHEN T. BROWN IN HIS CAPACITY AS TRUSTEE and DELLA WALL IN HER CAPACITY AS TRUSTEE. | : | C.A. No.:07-384S |

**<u>OBJECTION OF PLAINTIFF RALPH BELLEVILLE TO DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS</u>**

Now comes Plaintiff Ralph Belleville to Object to Defendants' Rule 12 (b)(6) Motion to Dismiss his Complaint for the reasons stated in the accompanying Memorandum of Law in support of Objection by Plaintiff Ralph Belleville to Defendants' Rule 12(b)(6) Motion to Dismiss.

Respectfully submitted,

/s/Harris K. Weiner
Harris K. Weiner, Esq. #3779
321 South Main Street, Suite 302
Providence, Rhode Island 02903
Office: (401) 351-8200
Facsimile: (401) 351-9032

**CERTIFICATION**

I, the undersigned, hereby certify that on this 18th day of January 2007, a true copy of the foregoing was mailed, postage prepaid, to the attorney(s) of record listed below.

/s/Harris K. Weiner

Sara Huck, Esq.
Reinhart Law
1000 North Water Street
P.O. Box 2965
Milwaukee, WI 53201-2965

Sheri L. Pizzi, Esq.
Christian B.W. Stephens, Esq.
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, Rhode Island 02903