UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

RALPH BELLEVILLE
Plaintiff(s)

v. Dkt. No. 07-cv-00384

UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND et al.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant United Food & Commercial Workers International Union Industry Pension Fund hereby moves that Sarah A. Huck be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

United Food & Commercial Workers International Union-Industry Pension Fund
(Plaintiff/Defendant)

By: Christian B.W. Stephens/Sheri L. Pizzi
Bar ID No. 7537 / 5720
Address: 10 Dorrance St., Ste. 700
Providence, RI 02903

~~Taylor Duane Barton & Gilman, LLP~~
DATED: February 12, 2008

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Wisconsin and of the following Federal District Court and/or Court of Appeals Bar(s) United States District Courts for the Eastern Districts of Wisconsin, 2000; United States District Courts for the Western Districts of Wisconsin, 2002; United States District Court for the District of Colorado, 2002; United States District Court for the Northern District of Illinois, 2007; United States District Court for the Central District of Illinois, 2003; United States Supreme Court, 2006; United States District Court for the Western District of Tennessee, 2003; United States District Court for the MD District of Alabama, 2003; United States District Court for the Western District of Missouri, 2003; United States District Court for the Eastern District of Virginia, 2003; Northern United States Court of Appeals for the Sixth Circuit, 2007, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions. **Form 1 (cont'd)**

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Sarah A. Huck — 1036691
Print Name — State Bar ID #

Reinahrt Boerner Van Deuren s.c.
Firm Name

1000 North Water Street, Suite 2100
Business Address

Milwaukee, WI 53202

414-298-1000
Tel. #

414-298-8097
Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

7537 #5720

Signature of Local Counsel
Christian B. W. Stephens / Sheri L. Pizzi
Print Name RI Bar ID #
Taylor Duane Barton & Gilman, LLP
Firm and Business Address
10 Dorrance St., Ste. 700
Providence, RI 02903

Tel. #4012737171 Fax #401-273-2904

## ORDER

This is motion hereby______________________________

____________________
District Judge

Date:

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RALPH BELLEVILLE,

v. Case No. CA-07-384

UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION INDUSTRY PENSION FUND and CARL C. HUBER, JOSEPH T. HANSEN, ROBERT PETRONELLA, JAMES B. JERELE, DAVID BLITZSTEIN, ROBERT VAUGHN, WALTER BLAKE, GEORGE MARSHALL, WILLIAM M. VAUGHN, WILLARD J. CARLSON, STEPHEN T. BROWN, and DELLA WALL, IN THEIR CAPACITIES AS TRUSTEES

## CERTIFICATE OF SERVICE

I, Christian B. W. Stephens, hereby certify that on February 13, 2008, I mailed a copy of the following documents:

1. Motion for Admission Pro Hac Vice for Sarah A. Huck; and,
2. Motion for Admission Pro Hac Vice for Philip O'Brien

by regular mail, postage prepaid, to:

Harris Weiner, Esq.
Law Office of Jeffrey B. Pine, PC
321 S. Main Street, Suite 302
Providence, RI 02903

Sara Huck, Esq.
Reinhart Law
1000 North Water Street
P.O. Box 2965
Milwaukee, WI 53201-2965

/s/ Christian B.W. Stephens
Christian B. W. Stephens