UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

RALPH BELLEVILLE
Plaintiff(s)

v. Dkt. No. 07-cv-00384

UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND et al.
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant United Food & Commercial Workers International Union Industry Pension Fund hereby moves that Philip O'Brien be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

United Food & Commercial Workers International Union-Industry Pension Fund
(Plaintiff/Defendant)

By: Christian B.W. Stephens / Sheri L. Pizzi
Bar ID No. 7537 / 5720
Taylor Duane Barton & Gilman, LLP Address 10 Dorrance St., Ste. 700
Providence, RI 02903

DATED: February 12, 2008

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Wisconsin and of the following Federal District Court and/or Court of Appeals Bar(s) United States District Courts for the Eastern & Western Districts of Wisconsin, 1984; United States Court of Appeals for the Seventh Circuit, 1986; United States District Court for the Eastern District of Michigan, 1996; United States District Court for the Northern District of Oklahoma, 2000; United States District Court for the Northern District of Illinois, 2007, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice*

**Form 1 (cont'd)**

admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Philip O'Brien — 1015549
Print Name — State Bar ID #

Reinhart Boerner Van Deuren s.c.
Firm Name

1000 North Water Street, Suite 2100
Business Address

Milwaukee, WI 53202

414-298-1000
Tel. #

414-298-8097
Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel

7537 #5720

Christian B. W. Stephens / Sheri L. Pizzi
Signature of Local Counsel

Taylor Duane Barton & Gilman, LLP
Print Name RI Bar ID #
10 Dorrance Street, Suite 700
Firm and Business Address
Providence, RI 02903

Tel. #4012737171 Fax #401-273-2904

---

**ORDER**

This is motion hereby________________________________________

______________________________
District Judge

Date:

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

RALPH BELLEVILLE,

v. Case No. CA-07-384

UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION INDUSTRY PENSION FUND and CARL C. HUBER, JOSEPH T. HANSEN, ROBERT PETRONELLA, JAMES B. JERELE, DAVID BLITZSTEIN, ROBERT VAUGHN, WALTER BLAKE, GEORGE MARSHALL, WILLIAM M. VAUGHN, WILLARD J. CARLSON, STEPHEN T. BROWN, and DELLA WALL, IN THEIR CAPACITIES AS TRUSTEES

---

## CERTIFICATE OF SERVICE

I, Christian B. W. Stephens, hereby certify that on February 13, 2008, I mailed a copy of the following documents:

1. Motion for Admission Pro Hac Vice for Sarah A. Huck; and,
2. Motion for Admission Pro Hac Vice for Philip O'Brien

by regular mail, postage prepaid, to:

Harris Weiner, Esq.
Law Office of Jeffrey B. Pine, PC
321 S. Main Street, Suite 302
Providence, RI 02903

Sara Huck, Esq.
Reinhart Law
1000 North Water Street
P.O. Box 2965
Milwaukee, WI 53201-2965

/s/ Christian B.W. Stephens
Christian B. W. Stephens