UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Ralph Belleville

Plaintiff,

v. C.A. No. 07-384S

United Food and Commercial
Workers International Union
Industry Pension Fund, et al

Defendant.

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on January 31, 2008, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6)is DENIED. Counts I and II of Plaintiff's Complaint shall be construed to state claims for equitable relief (interest and attorney's fees) under 29 U.S.C. §§ 1132(a)(3) and (g)(1) and Count III be construed to state a claim for equitable relief (interest and attorney's fees) under 29 U.S.C. §§ 1132(a)(1)(B) and (g)(1). Plaintiff's claim for income tax reimbursement is DISMISSED and his jury trial demand is stricken.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 2/27/08

N:\wpdocs\JUDGE SMITH\Orders\ORR1.wpd