**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RALPH BELLVILLE

V. C.A. No. 07-384S

UNITED FOODS & COMMERCIAL
WORKERS INTERNATIONAL
UNION-INDUSTRY PENSION FUND,
ET AL.

**DISMISSAL STIPULATION**

Now come the parties to the above–captioned action to voluntarily dismiss this matter pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with prejudice and without costs.

Respectfully submitted,

Plaintiff Ralph Belleville.
By his Attorney,

/s/ Harris K. Weiner

Harris K. Weiner, Esq. #3779
321 South Main Street, Suite 302
Providence, RI 02903
Office: (401) 351-8200
Fax: (401) 351-9032

Defendants,
By their Attorneys,

Sarah Huck, Esq.
Philip O'Brien, Esq.
Reinhart Law
1000 North Water Street
P.O. Box 2965
Milwaukee, WI 53201-2965

/s/ Sheri L. Pizzi
/s/ Christian B. W. Stephens

Sheri L. Pizzi, Esq.
Christian B.W. Stephens, Esq.
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, Rhode Island 02903

ENTER WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 5/16/08